1  LAWRENCE G. BROWN
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797



FILED

SEP 2 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



IN RE:                              )
                                    )
SEARCH WARRANTS AUTHORIZED          )
FOR THE PREMISES LOCATED AT:        )   2:09-SW-0308 GGH
                                    )
17898 Highway 49                    )   ORDER FOR DESTRUCTION OF BULK
Camptonville, California            )   MARIJUANA SEIZURE
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
_____ )

The United States applied for an order permitting its agents to destroy bulk marijuana that it expects to seize in this matter pursuant to a duly authorized search warrant. Having read and considered the papers filed by the United States, and good cause appearing therefrom:

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy, forthwith, any bulk marijuana seized during

1

1  the investigation.  For evidentiary purposes, the marijuana plants
2  shall be counted and, if possible, weighed.  Additionally, any
3  seized marijuana gardens shall be photographed and/or videotaped,
4  and a representative sample taken from each location, which shall
5  be preserved until further order of this court.

7  Dated: September 21, 2009        /s/ GREGORY G. HOLLOWS
                                    GREGORY G. HOLLOWS
8                                   U.S. Magistrate Judge